UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 01-6075-CR-ZLOCH

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                     **O R D E R**

COURTNEY WHEAT,

    Defendant.
_____/

    THIS MATTER is before the Court upon Defendant Courtney Wheat's Letter In Reference To Retroactive Application Of Amendment To Sentencing Guidelines (DE 57), which the Court construes as a Motion For Reduction Of Sentence. The Court has carefully reviewed said Motion and the entire court file and is otherwise fully advised in the premises.

    The Court notes that Defendant was sentenced as a career offender under § 4B1.1(b) of the United States Sentencing Guidelines, and is thus ineligible for a reduction of his sentence.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** that Defendant Courtney Wheat's Letter In Reference To Retroactive Application Of Amendment To Sentencing Guidelines (DE 57), which the Court construes as a Motion For Reduction Of Sentence, be and the same is hereby **DENIED.**

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___15th___ day of May, 2008.

                                           /s/ William J. Zloch
                                           WILLIAM J. ZLOCH
                                           United States District Judge

Copies furnished:

See Attached Mailing List

```
UNITED STATES OF AMERICA VS. COURTNEY WHEAT
CASE NO. 01-6075-CR-ZLOCH
```

All Counsel of Record

Courtney Wheat, pro se
Reg. No. 55718-004
FCI Coleman
P.O. Box 1027
Coleman, FL 33521